1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Sam S. Stake (Cal. Bar No. 257916)
2   samstake@quinnemanuel.com
   Emma L. Barton (application for admission forthcoming)
3   emmabarton@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone:     (415) 875-6600
5
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
6   Steig D. Olson (*pro hac vice* forthcoming)
    steigolson@quinnemanuel.com
7   David LeRay (*pro hac vice* forthcoming)
    davidleray@quinnemanuel.com
8   Nicolas Siebert (*pro hac vice* forthcoming)
    nicolassiebert@quinnemaul.com
9  295 Fifth Avenue, 9th Floor
   New York, New York 10016
10 Telephone:     (212) 849-7000

11 COHEN MILSTEIN SELLERS & TOLL PLLC
    Michael B. Eisenkraft (*pro hac vice* forthcoming)
12   meisenkraft@cohenmilstein.com
    Benjamin F. Jackson (*pro hac vice* forthcoming)
13   bjackson@cohenmilstein.com
   88 Pine Street, 14th Floor
14 New York, New York 10005
   Telephone:     (212) 838-7797
15

16 *Attorneys for Plaintiff Proton AG*

17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  PROTON AG, | Case No. 4:25-cv-05450 |
| 22           Plaintiff, | **PROTON AG'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |
| 23      vs. | |
| 24  APPLE INC., | |
| 25           Defendant. | |
| 26 | Trial Date:       None Set |

27

28

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Proton AG discloses that it is a Swiss corporation and that no publicly held company owns more than 10% of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that, as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: June 30, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Sam S. Stake
_____

Sam S. Stake (SBN 257916)
samstake@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
Emma C. Barton (application for admission forthcoming)
emmabarton@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600

Steig D. Olson (*pro hac vice* forthcoming)
steigolson@quinnemanuel.com
David LeRay (*pro hac vice* forthcoming)
davidleray@quinnemanuel.com
Nicolas Siebert (*pro hac vice* forthcoming)
nicolassiebert@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

COHEN MILSTEIN SELLERS & TOLL PLLC
Michael B. Eisenkraft (*pro hac vice* forthcoming)
meisenkraft@cohenmilstein.com
Benjamin F. Jackson (*pro hac vice* forthcoming)
bjackson@cohenmilstein.com
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797

*Attorneys for Plaintiff Proton AG*