UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROTON AG,

        Plaintiff,

  v.

APPLE, INC.,

        Defendant.

Case No. 5:25-cv-05450-SVK

**ORDER OF RECUSAL**

    This Court recuses itself from hearing this matter and directs the Clerk of Court to reassign this matter to another judge.

**SO ORDERED.**

Dated: July 1, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge